# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138467

STACEY SHEIKO,
            Plaintiff-Appellant,

v

SC: 138467
COA: 277766
Saginaw CC: 06-058921-CL

UNDERGROUND RAILROAD and
VALERIE HOFFMAN,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the December 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_Corbin R. Davis_
Clerk

d0909